No. 73–6090. HOWARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6104. CASTELHUN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 73–6139. NICHOLSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 73–6156. OLSEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 73–6159. HOBSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6174. JONES v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6184. COULVERSON v. GRAY, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 73–6186. SMILGUS v. KIMMEL ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–6189. ASHTON v. ANDERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 73–6190. BERGER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–6191. DURAN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. 

No. 73–6198. WESTLAKE v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–6208. TROCODARO v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied. 